CHARLES H. SCHUM et al., Appellants, *v.* FLORENCE L.
BURCHARD, Respondent.

*Real property — title — deed — sufficiency of acknowledgment.*

*Schum v. Burchard*, 211 App. Div. 126, affirmed.

(Argued February 2, 1925; decided March 3, 1925.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the second judicial department,
entered November 22, 1924, affirming a judgment in
favor of defendant entered upon a decision of the court
on trial at a Trial Term without a jury. The action was
to determine title to real property. In September, 1871,
the owner of the property made a deed of the same to
the father of the plaintiffs herein. The deed was not
recorded until November 15, 1921. On November 2, 1908,
the said owner made a deed of the same property to
the defendant which was recorded December 10, 1908.
The question was whether the acknowledgment on the
second deed sufficiently complied with the Real Prop-
erty Law of this State.

It read as follows:

" STATE OF NEW JERSEY,⎫
" COUNTY OF MONMOUTH,⎭ *ss.*:

" Be it remembered that on this tenth day of Novem-
ber in the year of our Lord one thousand nine hundred
and eight before me, a Commissioner of Deeds in and
for said County and State, personally appeared Eliza J.
Schooley, widow, who I am satisfied is the grantor men-
tioned in the within indenture and to whom I first made
known the contents thereof, and thereupon she acknowl-
edged that she signed, sealed and delivered the same as
her voluntary act and deed for the uses and purposes
therein expressed.          JOSEPH G. COLEMAN

" *Comm. of Deeds.*"

*Lewis Landes* and *Moses Katcher* for appellants.

*Henry D. Merchant* for respondent.

Judgment affirmed; with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, CRANE and
LEHMAN, JJ. Dissenting: POUND, McLAUGHLIN and
ANDREWS, JJ.